CASE v. STATE. (No. 4038.)

(Court of Criminal Appeals of Texas. April 12, 1916.)

CRIMINAL LAW ☞1099(10)—APPEAL AND ERROR—REVIEW.

Where the record contained no bills of exception, no statement of facts, and a transcript of the evidence was not signed by the attorneys nor approved by the trial judge, there was no question presented for review on appeal.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2873; Dec. Dig. ☞1099(10).]

Appeal from District Court, Rains County; William Pierson, Judge.

Babe Case was convicted of rape, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of rape on a girl under 15 years of age, and his punishment assessed at 5 years' confinement in the state penitentiary.

The record contains no bills of exception and no statement of facts. There is with the record what purports to be a transcript of the evidence, made out by the stenographer in question and answer form, but it is not signed by the attorneys, nor approved by the trial judge. Under such circumstances, there is no question presented in the motion for a new trial we can review.

The judgment is affirmed.

———

FOARD v. STATE. (No. 4029.)

(Court of Criminal Appeals of Texas. April 5, 1916. Rehearing Denied May 3, 1916.)

CRIMINAL LAW ☞1020 — APPEAL — COUNTY COURTS—JURISDICTION.

Where the fine imposed by the county court on a trial de novo, on appeal from a corporation court, was $100, further appeal will not lie.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2578–2580; Dec. Dig. ☞1020.]

Appeal from Bexar County Court; Nelson Lytle, Judge.

F. C. V. Foard was convicted, and appeals. Appeal dismissed.

Leonard Brown, of San Antonio, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This cause originated and was tried in the corporation court of the city of San Antonio. It was appealed therefrom to the county court, where a trial de novo occurred. The fine assessed was $100 even. This court, therefore, has no jurisdiction of this appeal, and the Assistant Attorney General's motion to dismiss it is therefore granted. Grigsby v. State, 183 S. W. 143.

The appeal is dismissed.